that the defendant transported in interstate commerce from Hamilton, Ohio, to Nowata, Oklahoma, a described stolen automobile, knowing that it had been stolen. Each defendant pleaded guilty and was sentenced to imprisonment. Later each defendant filed a motion under 28 U.S.C. § 2255 to vacate the judgment and sentence. A hearing was had upon the motions; they were severally denied; and separate appeals were perfected.

The denial of the motion in the Bradley case was recently affirmed. Bradley v. United States, 10 Cir., 262 F.2d 679. And since the procedure in the two cases was substantially identical if not completely so, upon the authority of that case, the order in this case denying the motion to vacate the judgment and sentence is

Affirmed.

Before STEPHENS, BARNES, and JERTBERG, Circuit Judges.

PER CURIAM.

This is an appeal from an order entered on December 31, 1957 by the United States District Court for the Southern District of California, Southern Division, affirming the order of the referee in bankruptcy made and entered on December 12, 1955, and restated in order of March 1, 1956.

The petition to review the orders of the referee in bankruptcy was presented to the district court on an agreed statement. We have reviewed the record presented on this appeal, and it clearly appears that the order of the district court affirming the orders of the referee in bankruptcy was proper.

---

Matter of FOOTHILLS PUBLISHING CO., Inc., Bankrupt, No. 4366, U. S. District Court, Southern District of California, Southern Division.

F. W. POWELL, as Assignee and Trustee under assignment of accounts receivable from Foothills Publishing Company for benefit of Ferne G. Wolcott, Appellant,

v.

John R. HELLEN, Trustee in Bankruptcy for Foothills Publishing Co., Bankrupt, Appellee.

No. 15961.

United States Court of Appeals
Ninth Circuit.

Feb. 5, 1959.

F. W. Powell, La Mesa, Cal., for appellant.

Wallace D. Dorman, San Diego, Cal., for appellee.

---

JANAF, INCORPORATED, Appellant,

v.

JOHN W. DANIEL & COMPANY, Incorporated, Appellee.

No. 7689.

United States Court of Appeals
Fourth Circuit.

Argued Jan. 14, 1959.

Decided Jan. 22, 1959.

Edwin C. Kellam, Norfolk, Va., for appellant.

William P. Oberndorfer, Norfolk, Va. (T. Howard Spainhour and Ira B. Hall, Norfolk, Va., on brief), for appellee.

Before SOBELOFF, Chief Judge, and BOREMAN and PAUL, District Judges.

PER CURIAM.

The appellant, Janaf, Inc., a real estate development corporation, con-